UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID KELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil Action No. 06-0816 (RMC) | |
| | ) | |
| EMBASSY OF THE UNITED STATES | ) | |
| OF AMERICA at BERLIN, GERMANY, | ) | |
| et. al.[1] | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE PLEAD

Federal Defendants, by and through their attorney, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint until, Tuesday August 29, 2006.  The answer is due on Monday, July 24, 2006.  This is the first request by Defendants for an extension of time.  Counsel for the Plaintiff has been contacted concerning the filing of this motion but has not responded prior to the filing deadline.

This motion is not for purposes of delay but for good cause shown.  Additional time is needed to investigate the complaint.  In addition, undersigned counsel is preparing for trial in David v. Billington, C. A. No 04-985 (RWR), which is scheduled for July 27, 2006.  Due to undersigned counsel's trial obligations, an additional (35) days is necessary to complete Defendants' response.   Accordingly, Defendants are requesting a thirty-five (35) day extension

---

[1] The individual defendants expressly preserve all defenses available to them, including insufficiency of service of process and immunity from suit.

of time until August 29, 2006, to answer, move or otherwise plead to plaintiff's complaint.


Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

2