UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KELLER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0816 (RMC) |
| EMBASSY OF THE UNITED STATES OF AMERICA at BERLIN, GERMANY, et. al. | ) |
| Defendants. | ) |

## ERRATA

Defendants submit the following errata to the Declaration of Joanne M. Moore filed as an exhibit to the Defendant National Security Agency's Motion To Dismiss, PACER Docket Record (R.) 3. Defendant is hereby adding paragraph 8 to the original Declaration of Joanne M. Moore.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334