UNCLASSIFIED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KELLER ) | |
| ) | |
| Plaintiff, ) | Date: 30 August 2006 |
| ) | |
| v. ) | Civil Action No: 06-0816 |
| ) | |
| EMBASSY OF THE UNITED STATES OF AMERICA ) | |
| BERLIN, GERMANY ) | |
| ) | |
| and ) | |
| ) | |
| JAMES SHAUN HANDY ) | |
| EMBASSY OF THE UNITED STATES OF AMERICA ) | |
| BERLIN, GERMANY ) | |
| ) | |
| and ) | |
| ) | |
| NATIONAL SECURITY AGENCY[1] ) | |
| Defendant, ) | |

### DECLARTION OF JOANNE M. MOORE

I, Joanne M. Moore, hereby declare the following to be true and correct:

1. I am over the age of eighteen (18) years, have personal knowledge of the facts contained herein, and I am competent to testify to the facts contained herein.

2. I am a Paralegal in the Office of General Counsel, National Security Agency, Fort George G. Meade. I have served with NSA for approximately 3 months. As a Paralegal, I am responsible for, among other duties, supporting the attorneys in Agency litigation.

---

[1] Plaintiff names the National Security Administration in his Complaint. The correct name is the National Security Agency, and will be referred to as such in this Declaration.

UNCLASSIFIED

3. Through the exercise of my official duties, I obtained information from Agency records and personnel.

4. Plaintiff, David Keller, is not, and has not been, a National Security Agency employee.

5. The National Security Agency has never granted Plaintiff, David Keller a security clearance.

6. The National Security Agency has never terminated, or revoked, a security clearance for Plaintiff, David Keller.

7. James C. Onusko, is not, and has not been, a National Security Agency employee.

8. James Shaun Handy and two other variations on that same name (James Shawn Handy and Shawn Handy), is not, and has not been, a National Security Agency Employee.

I, Joanne M. Moore, declare under penalty of perjury that the foregoing, consisting of 2 pages, is true and correct. Executed this 30th day of August 2006, pursuant to 28 U.S.C. § 1746.

*[signature: Joanne M. Moore]*
JOANNE M. MOORE
Paralegal