Exhibit D

Subj: **FW: Regulations on how to serve the DOS with a legal subpeona/com plaint**
Date: 5/8/2006 12:32:38 P.M. Pacific Standard Time
From: PetersonRA@state.gov
To: wilsonallen3@aol.com

Allen,

Here is the regulation:

TITLE 22--FOREIGN RELATIONS CHAPTER I--DEPARTMENT OF STATE PART 172_SERVICE OF PROCESS; PRODUCTION OR DISCLOSURE OF OFFICIAL Sec. 172.2 Service of summonses and complaints.

(a) Only the Executive Office of the Office of the Legal Adviser (L/ EX) is authorized to receive and accept summonses or complaints sought to be served upon the Department or Department employees. All such documents should be delivered or addressed to The Executive Office, Office of the Legal Adviser, room 5519, United States Department of State, 2201 C Street, NW., Washington, DC 20520-6310.

For additional information, refer to 22 CFR 172.2, generally. If you have additional questions, I recommend that you contact the Legal Adviser's Office.

Sincerely,
Rachel Peterson
Attorney Advisor
U.S. Dept. of State
Consular Affairs, Visa Office
Advisory Opinions Division

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David Keller<br>Berliner Street, 28<br>14169 Berlin, Germany<br><br>    Plaintiff<br><br>vs.<br><br>Embassy of the United States of America<br>Berlin, Germany<br><br>and<br><br>James Shaun Handy<br>Embassy of the United States of America<br>Berlin, Germany<br><br>and<br><br>National Security Administration<br>  of the United States<br>Washington, DC 20520<br><br>    Defendants | CASE NO.<br><br>CIVIL ACTION<br><br>COMPLAINT<br><br>JURY TRIAL DEMANDED<br><br>CASE NUMBER   1:06CV00816<br><br>JUDGE: Rosemary M. Collyer<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 05/2/2006 |

Plaintiff DAVID KELLER, having a residential address of Berliner Street 2B, 14169 Berlin, Germany, by way of Complaint against the defendants, alleges as follows: