UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KELLER<br>Berliner Street, 28<br>14169 Berlin, Germany<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Condelezza Rice, Secretary of State,<br>United States Department of State;<br><br>and<br><br>James Shaun Handy, Janitorial<br>Department Leader, United States<br>Department of State, Berlin, Germany;<br><br>and<br><br>Ambassador William Robert Timken,<br>United States Department of State<br>Berlin Germany;<br><br>and<br><br>James Onusko, Director of Personnel<br>Security, Suitability Bureau of the<br>Diplomatic Security, United States<br>Department of State, Washington, DC;<br><br>and<br><br>Lieutenant General Keith Alexander,<br>The National Security Agency;<br><br>　　　　Defendants. | Civil Action No. 1-06CV00816 |

**PLAINTIFF'S MOTION TO DENY DEFENDANT'S MOTION TO DISMISS THE
NATIONAL SECURITY AGENCY AS A PROPER DEFENDANT**

The Plaintiff, David Keller, by and through undersigned counsel, hereby respectfully move pursuant to Fed.R. Civ. p 10(b) §35 that the National Security Agency is a proper defendant and the Motion to Dismiss should be denied.

Respectfully submitted,

*Allen Wilson*
Allen Wilson, Esq.
1000 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
202-508-3794
DC Bar #479284
