UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David Keller<br>Berliner Street, 28<br>14169 Berlin, Germany<br><br>    Plaintiff,<br><br>v.<br><br>Embassy of the United States of America<br>Berlin, Germany<br><br>and<br><br>James Shaun Handy<br>Embassy of the United States of America<br>Berlin, Germany<br><br>and<br><br>National Security Administration<br>  of the United States<br><br>    Defendants. | CIVIL ACTION<br><br>COMPLAINT<br><br>JURY TRIAL DEMANDED<br><br>Case No. 1:06CV00816<br><br>Judge: Rosemary M. Collyer<br><br>Deck Type: Employment Discrimination<br><br>Date Stamp: 05/02/2006 |

## ERRATA

Attached is an Amended Complaint regarding Docket Number 5 (Motion to Amend Complaint).

Respectfully submitted,

*Allen Wilson*
Allen Wilson, Esq.
1000 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
202-508-3794
DC Bar #479284