UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID KELLER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0816 (RMC) |
| | ) |
| **EMBASSY OF THE UNITED STATES OF AMERICA at BERLIN, GERMANY,** et. al. | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**DEFENDANT NATIONAL SECURITY AGENCY'S
RENEWED FILING OF ITS MOTION TO DISMISS**

The defendant National Security Agency (NSA) of the United States respectfully renews, as of today's date, the filing of its Motion to Dismiss which was originally filed on August 29, 2006. Thereafter, on September 7, 2006, plaintiff filed an amended complaint naming many different defendants and once again including the NSA. See, Court's Computerized PACER Docket ("R.") 5. Defendant's Motion to Dismiss is clear, the NSA is not a party to this lawsuit. At no time was the plaintiff employed by the NSA nor were any of the supervisors or project leaders listed in the complaint. See Declaration of Joanne Moore, attached to Motion to Dismiss. With the exception of the NSA, Plaintiff has failed to serve any of the new defendants. Accordingly, on today's date, defendant reasserts its Motion to Dismiss on behalf of the NSA.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334