## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David Keller<br>Berliner Street, 28<br>14169 Berlin, Germany<br><br>   Plaintiff,<br><br>  v.<br><br>Embassy of the United States of America<br>Berlin, Germany<br><br>and<br><br>James Shaun Handy<br>Embassy of the United States of America<br>Berlin, Germany<br><br>and<br><br>National Security Administration<br> of the United States<br><br>   Defendants. | CIVIL ACTION<br><br>COMPLAINT<br><br>JURY TRIAL DEMANDED<br><br>Case No. 1:06CV00816<br><br>Judge: Rosemary M. Collyer<br><br>Deck Type: Employment Discrimination<br><br>Date Stamp: 05/02/2006 |

### ERRATA

Attached is a corrected Amended Complaint regarding Docket Number 5 (Motion to Amend Complaint).

Respectfully submitted,

*Allen Wilson* (signature)

Allen Wilson, Esq.
1000 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
202-508-3794
DC Bar #479284

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KELLER )<br>Berliner Street, 28 )<br>14169 Berlin, Germany )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Condelezza Rice, Secretary of State, )<br>United States Department of State; )<br>)<br>and )<br>)<br>James Shaun Handy, Janitorial )<br>Department Leader, United States )<br>Department of State, Berlin, Germany; )<br>)<br>and )<br>)<br>Ambassador William Robert Timken, )<br>United States Department of State )<br>Berlin Germany; )<br>)<br>and )<br>)<br>James Onusko, Director of Personnel )<br>Security, Suitability Bureau of the )<br>Diplomatic Security, United States )<br>Department of State, Washington, DC; )<br>)<br>and )<br>)<br>Lieutenant General Keith Alexander, )<br>The National Security Agency; )<br>)<br>Defendants. )<br>) | Civil Action No. 1-06CV00816 |

### **AMENDED COMPLAINT**