UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KELLER, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 06-0816 (RMC) |
| EMBASSY OF THE UNITED STATES OF AMERICA at BERLIN, GERMANY, et. al.[1] | ) |
|       Defendants. | ) |

### MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE PLEAD TO THE AMENDED COMPLAINT

Federal Defendants, by and through their attorney, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's Amended Complaint until, Tuesday December 19, 2006. The answer is due on Tuesday, November 21, 2006. This is the first request by Defendants for an extension of time to Plaintiff's Amended Complaint. Counsel for the Plaintiff has been contacted concerning the filing of this motion but has not responded prior to the filing deadline.

This motion is not for purposes of delay but for good cause shown. Additional time is needed to review the new parties named in the Amended Complaint. In addition, Defendant's preparation of its pleading has been hampered by other responsibilities which have occupied the counsel for the Government. These responsibilities have included taking the deposition of the Plaintiff, preparing witnesses for deposition and defending depositions in <u>Simmons v. Cox,</u> Civ.

---

[1] The individual defendants expressly preserve all defenses available to them, including insufficiency of service of process and immunity from suit.

Act. No. 05-1828 (RCL).  Investigating the complaints and applicable law and filing responsive pleadings in <u>Esquibel v. Cino</u>, Civ. Act. No. 06-1485 (PLF); <u>Mary Williams v. Gordon England</u>, Civ. Act. No. 06-0409 (RBW); and <u>Enterprise National Bank v. Dept. of Agriculture</u>, Civ. Act. No. 06-1344(RCL); filing Reply in <u>Wiggins v. EOUSA, et al</u>, Civ. Act. No. 05-2332 (RCL) on November 21, 2006.

    Accordingly, Defendants are requesting a thirty (30) day extension of time until December 19, 2006, to answer, move or otherwise plead to Plaintiff's Amended Complaint.

    Respectfully submitted,

    /s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    /s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334