UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KELLER, | ) |
|      Plaintiff, | ) |
| v. | ) Civil Action No. 06-0816 (RMC) |
| EMBASSY OF THE UNITED STATES OF AMERICA at BERLIN, GERMANY, et. al.[1] | ) |
|      Defendants. | ) |

**MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE PLEAD TO THE AMENDED COMPLAINT**

Federal Defendants, by and through their attorney, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's Amended Complaint until, January 8, 2006. The answer is due on Tuesday, December 19, 2006. This is the second request by Defendants for an extension of time to respond to Plaintiff's Amended Complaint. Counsel for the Plaintiff has been contacted concerning the filing of this motion but has not responded prior to the filing deadline.

This motion is not for purposes of delay but for good cause shown. Additional time is needed to respond fully to the Amended Complaint. The events referred to in the complaint occurred in Berlin, Germany and, as a result, it is taking longer than expected to investigate the allegations. In addition, undersigned counsel has been involved in numerous other responsibilities including: preparing supplemental discovery answers in <u>Kalil v. Mike Johanns</u>,

---

[1] The individual defendants expressly preserve all defenses available to them, including insufficiency of service of process and immunity from suit.

Civ. Act. No. 01-2194 (RJL) and taking depositions in Simmons v. Christopher Cox, Civ. Act. No. 05-1828 (RCL); filing Replies in Wiggins v. EOUSA, Civ. Act. No. 05-2332 (RCL); and Ali v. U.S. Parole Commission, et al., Civ. Act. No. 03-0989 (RMC); and preparing for trial in Simpson v. Thompson, Civ. Act. No. 03-1123 (PLF).  Accordingly, Defendants are requesting a extension of time until January 8, 2006, to answer, move or otherwise plead to Plaintiff's Amended Complaint.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334