UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID KELLER )
)
Plaintiff, )
)
v. ) Civil Action No. 1-06CV00816 (RMC)
)
CONDOLEEZZA RICE, )
SECRETARY OF STATE )
)
Defendant. )

## DECLARATION OF CHRISTOPHER R. RICHE

I, Christopher R. Riche, hereby declare that:

1. I am over eighteen years old and am competent to testify as to matters set forth herein.

2. I am currently employed as Executive Director in the Executive Office of the Office of the Legal Adviser, at the United States Department of State. That office is known as "L/EX."

3. The role of L/EX regarding the service of process on State Department employees is addressed in 22 C.F.R. § 172.2.

4. I have reviewed an Amended Complaint from this case. The relevant page includes stamps and notations added by L/EX. A copy of that page is attached as Exhibit A. The notations include my signature.



5. From the document, including stamps and notations, I conclude that L/EX accepted service of the Amended Complaint on November 6, 2006, on behalf of State Department employees in their official capacity only.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2007.

_____
Christopher R. Riche

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Keller

    Plaintiff

        V.

**SUMMONS IN A CIVIL CASE**

Embassy of the United States of America
Berlin, Germany
et al

    Defendant

CASE NUMBER: 1-06CV00816 (RMC)

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY
EXECUTIVE DIRECTOR 11/6/06
OFFICE OF THE LEGAL ADVISER

2006 NOV -6 P 2:27

TO: (Name and address of Defendant)

    Condelezza Rice, Secretary of State
    United States Department of State

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Allen Wilson, Esq., 1000 Connecticut Avenue, NW, Suite 600, Washington, DC 20036

an answer to the ~~complaint~~ amended complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. Amended

NANCY MAYER-WHITTINGTON
CLERK

OCT 31 2006
DATE

(By) DEPUTY CLERK