## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID KELLER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0816 (RMC) |
| | ) |
| **EMBASSY OF THE UNITED STATES** | ) |
| **OF AMERICA at BERLIN, GERMANY,** | ) |
| **et. al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

This matter comes before the Court on Defendants Motion to dismiss. Upon consideration of the Motion, the opposition, the reply, and the entire record herein, it is by the Court this ____ day of _____, 2007 hereby

ORDERED that Defendants Motion to Dismiss is hereby GRANTED; and it is further

ORDERED that the above captioned matter is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE