UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 JAN 18 PM 3: 44
NANCY M.
MAYER-WHITTINGTON
CLERK

| | |
|---|---|
| DAVID KELLER<br>Berliner Street, 28<br>14169 Berlin, Germany<br><br>Plaintiff,<br><br>v.<br><br>Condelezza Rice, Secretary of State,<br>United States Department of State;<br><br>and<br><br>James Shaun Handy, Janitorial<br>Department Leader, United States<br>Department of State, Berlin, Germany;<br><br>and<br><br>Ambassador William Robert Timken,<br>United States Department of State<br>Berlin Germany;<br><br>and<br><br>James Onusko, Director of Personnel<br>Security, Suitability Bureau of the<br>Diplomatic Security, United States<br>Department of State, Washington, DC;<br><br>and<br><br>Lieutenant General Keith Alexander,<br>The National Security Agency;<br><br>Defendants. | CIVIL ACTION<br><br>COMPLAINT<br><br>JURY TRIAL DEMANDED<br><br>Case No. 1:06CV00816<br><br>Judge: Rosemary M. Collyer<br><br>Deck Type: Employment Discrimination<br><br>Date Stamp: 05/02/2006 |

**ORDER**

The motion comes before the court on Plaintiff's Motion to Deny the Motion to Dismiss and to Deny Summary Judgment. Upon consideration of the motion, the opposition, and the entire record herein, it is by this court this _____ day of _____, 2007 hereby

ORDERED that Defendant's Motion to Dismiss be denied.

SO ORDERED.

_____
United States District Court