## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KELLER )<br>Berliner Street, 28 )<br>14169 Berlin, Germany )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Condeleza Rice, Secretary of State, )<br>United States Department of State; )<br>)<br>and )<br>)<br>James Shaun Handy, Janitorial )<br>Department Leader, United States )<br>Department of State, Berlin, Germany; )<br>)<br>and )<br>)<br>Ambassador William Robert Timken, )<br>United States Department of State )<br>Berlin Germany; )<br>)<br>and )<br>)<br>James Onusko, Director of Personnel )<br>Security, Suitability Bureau of the )<br>Diplomatic Security, United States )<br>Department of State, Washington, DC; )<br>)<br>and )<br>)<br>Lieutenant General Keith Alexander, )<br>The National Security Agency. )<br>    Defendants ) | Civil Action No. 1-06CV00816 |

### MOTION TO AMEND PLEADINGS UNDER 15A §756

To:    Heather D. Graham-Oliver

       Attorney of Record for the Defendants

       Kenneth L. Wainstein, United States Attorney

       Rudolph Contreras, Assistant United States Attorney

PLEASE TAKE NOTICE THAT:

I.	On 1-24-2007 or as soon as the matter can be heard in the United States District Court located at 333 Constitution Avenue, Washington, DC, 20001-2802, Plaintiff, through Allen Wilson, his attorney, will move the court for its Order permitting Plaintiff to serve and file an amended pleading. The regulation controlling the filing of a pleading with the State Department that was followed, is attached, however, the amended pleading is to satisfy Title VII requirements (in **Mason v. African Development Foundation 355 F. Supp. 2d 85 (D.C.C. 204)**.(Original pleading attached).

The following changes have been made to the pleading caption. The caption for the Defendant now reads:

1.	Condeleza Rice, Secretary of State, United States Department of State;

2.	James Shaun Handy, Janitorial Department Leader, United States Department of State, Berlin, Germany;

3.	Ambassador William Robert Timken, United States Department of State, Berlin Germany;

4	James Onusko, Director of Personnel, Suitability Bureau of the Diplomatic Security, United States Department of State, Washington, DC;

5.	Lieutenant General Keith Alexander, The National Security Agency.

We have added to the caption the Department Heads as required in **Mason vs. African Development Foundation, 355 F. Supp. 2d 85 (D.D.C. 204), and Title VII**.

We have added an additional Defendant, James Onusko, Director of Personnel Security, Suitability Bureau of the Diplomatic Security, United States Department of State, Washington, DC. He is added because his Department gave Plaintiff his security clearance. These changes were made in the Erata Motion Amended Complaint.

2

6. We have made changes to the Jurisdiction Section number 5. The Federal claims asserted herein are brought and the relief's sought by virtue of, inter alia, 41 U.S.C. § 1983 (District of Columbia) 41 U.S.C. § 1983 only fashions a remedy, Jurisdiction established under 28 U.S.C.A. § 134(a)(3) in Federal courts.

II. The Motion will be based on this Notice and on the Summons and Pleadings filed on 5-2-2006. This Motion is filed under 15A §756. This Motion can be amended without leave of court because the motion filed by the Defendant to dismiss is not a response pleading under **Miles v. The Department of Army, 881 F.2d 777, 781, (9th Cir. 1989)**. According to **Glenn v. First Nat'l Bank in Grand Junction, 868 F.2d 368, 370 (10th Cir. 1989)**, states that a Motion to Dismiss the Complaint is not a response pleading.

Very truly yours,

*Allen Wilson*

Allen Wilson, Esq.
1000 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
202-508-3794
DC Bar #479284

3