UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KELLER<br>Berliner Street, 28<br>14169 Berlin, Germany<br><br>Plaintiff,<br><br>v.<br><br>Condeleza Rice, Secretary of State,<br>United States Department of State;<br><br>and<br><br>James Shaun Handy, Janitorial<br>Department Leader, United States<br>Department of State, Berlin, Germany;<br><br>and<br><br>Ambassador William Robert Timken,<br>United States Department of State<br>Berlin Germany;<br><br>and<br><br>James Onusko, Director of Personnel<br>Security, Suitability Bureau of the<br>Diplomatic Security, United States<br>Department of State, Washington, DC;<br><br>and<br><br>Lieutenant General Keith Alexander,<br>The National Security Agency.<br><br>Defendants | CIVIL ACTION<br><br>COMPLAINT<br><br>JURY TRIAL DEMANDED<br><br>Case No. 1-06CV00816<br><br>Judge Rosemary M. Collyer<br><br>Deck Type: Employment Discrimination<br><br>Date Stamp: 05/02/2006 |

## ORDER

This is a Motion by Plaintiff to amend his complaint and is permitted under 15A-756. Upon consideration of the Motion to Amend the Complaint by the Plaintiff, opposition,

and the entire record herein, it is by this court this _____ day of _____ \_\_\_\_\_ 2007 hereby

ORDERED that Plaintiff's Motion to Amend the Complaint be granted.

SO ORDERED.

_____
United States District Court