## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID KELLER | ) | |
| Berliner Street, 28 | ) | |
| 14169 Berlin, Germany, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| Condeleza Rice, Secretary of State, | ) | COMPLAINT |
| United States Department of State; | ) | |
| | ) | JURY TRIAL DEMANDED |
| and | ) | |
| | ) | Case No. 1-06CV00816 |
| James Shaun Handy, Janitorial | ) | |
| Department Leader, United States | ) | Judge Rosemary M. Collyer |
| Department of State, Berlin, Germany; | ) | |
| | ) | Deck Type: Employment Discrimination |
| and | ) | |
| | ) | Date Stamp:  05/02/2006 |
| Ambassador William Robert Timken, | ) | |
| United States Department of State | ) | |
| Berlin Germany; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| James Onusko, Director of Personnel | ) | |
| Security, Suitability Bureau of the | ) | |
| Diplomatic Security, United States | ) | |
| Department of State, Washington, DC; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Lieutenant General Keith Alexander, | ) | |
| The National Security Agency, | ) | |
| | ) | |
| Defendants | ) | |

## <u>ORDER</u>

Based upon the parties LCvR 16.3, it is this _____ day of _____ 2007

Ordered that:

1.      Discovery shall be completed 120 days from the date of this order.

2.      The parties shall be limited to _____ dispositions per party.

3.      The parties shall be limited in written discovery as set forth in paragraph

        8 of the Rule 16.3 Report.

4.      Plaintiff shall designate expert witnesses and possible expert repots on or

        before _____.

5.      Defendant shall designate expert witnesses and provide expert reports on or

        before _____.

6.      A pre-trial conference in this case will be held on _____

        at _____ am / pm.


                                        _____
                                        Judge, United States District Court

cc:

Allen Wilson, Esq.
1629 K Street, NW, #300
Washington, DC 20006
202-508-3794  -  Fax 202-331-3759
Attorney for Plaintiff

Heather D. Graham-Oliver
U.S. Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530
202-305-1334