UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DAVID KELLER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-0816 (RMC) |
| | ) | |
| **CONDOLEEZZA RICE,** | ) | |
| Secretary of State, | ) | |
| U.S. Department of State, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S PROPOSED SCHEDULING ORDER**

It is hereby ORDERED that:

(1) Discovery will close on October 19, 2007;

(2) Defendants will file a Motion for Summary Judgment by November 19, 2007;

(3) Plaintiff will file an opposition to Defendants' Motion for Summary Judgment by December 19, 2008;

(4) Defendant will file a reply to Plaintiff's Opposition by January 3, 2008;

(5) Plaintiff's expert report, if any, shall be due on August 11, 2007; and

(7) Defendant's expert report shall be due on September 11, 2007.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____, 2007.