UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID KELLER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-816 (RMC) |
| ) | |
| **CONDOLEEZZA RICE** ) | |
| United States Secretary of State, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open court on June 22, 2007, it is hereby **ORDERED** that:

1. Each party is limited to a maximum of five depositions.

2. Each party is limited to a maximum of 25 interrogatories, including discrete subparts. Responses to all interrogatories shall be made 30 days after service.

3. Each party is limited to a maximum of 25 requests for admissions, including discrete subparts. Responses to all requests for admissions shall be made thirty 30 days after service.

4. The parties have agreed to dispense with initial disclosures; however, Defendants shall produce, no later than July 16, 2007, all documents relevant to this matter — including but not limited to the Record of Investigation — that are located in Germany.

5. All fact discovery shall be completed no later than October 19, 2007.

6. Plaintiff shall provide expert disclosures pursuant to Rule 26(a)(2), if any, no later than November 15, 2007. Defendants shall provide expert disclosures pursuant to Rule 26(a)(2), if any, no later than December 14, 2007. Expert discovery, if any, shall be completed no later than January 30, 2008.

7. Dispositive motions shall be filed no later than 30 days after the close of fact discovery — that is, November 19, 2007 — assuming that the parties do not retain expert witnesses. If the parties do retain experts, dispositive motions shall be filed no later than 30 days after the close of expert discovery — that is, February 29, 2008. Oppositions and replies shall be filed according to the Local Rules of this Court. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

8. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

9. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

10. A further status conference is scheduled for October 22, 2007, at 10:00 a.m., at which time a pretrial conference date and a trial date will be selected. Counsel shall be prepared at the

      status conference to advise the court of the expected length of trial and of the number of fact and expert witnesses each party will present. Trial counsel shall appear at all hearings, unless excused by the court in advance of the hearing date.

11. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

12. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

      **SO ORDERED.**

Date: June 25, 2007                                     /s/
                                                 ROSEMARY M. COLLYER
                                                 United States District Judge