UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KELLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1-06CV00816 (RMC) |
| ) | |
| CONDOLEEZZA RICE, ) | |
| SECRETARY OF STATE ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF JACQUELINE A. CANTON

I, Jacqueline A. Canton, hereby declare that:

1. I am over eighteen years old and am competent to testify as to matters set forth herein.

2. I am currently employed as the Chief, Complaints Management Division and as the Chief, ADR and EEO Counseling Section in the Office of Civil Rights, at the United States Department of State. The Office of Civil Rights is also known as S/OCR. My job responsibilities include management responsibility for complaint processing and complaint files.

3. The responsibilities of S/OCR include receiving and processing all complaints of discrimination raised by State Department employees under Title VII of the Civil Rights Act of 1964. The complaint process managed by S/OCR is the State Department's administrative remedy for the Title VII claims of all agency employees,



including those who are locally employed at embassies abroad such as the U.S. Embassy in Berlin.

4. S/OCR keeps records of all complaints under Title VII raised under the Department's administrative process. The records are kept in an electronic database, in addition to paper files for all pending complaints.

5. I conducted a name search in S/OCR's records, both the electronic database and the paper files, for any record of a complaint raised by David Keller, of Embassy Berlin, and found no such record.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2007.

Jacqueline A. Canton