UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID KELLER,           )<br>                              )<br>     Plaintiff,          )<br>                              )<br>     v.                     )<br>                              )<br> EMBASSY OF THE UNITED STATES )<br> OF AMERICA, *et al.*,     )<br>                              )<br>     Defendants.         )<br>                              ) | Civil Action No. 06-816 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's Partial Motion to Dismiss or, in the Alternative, for Summary Judgment [Dkt. # 24] is **GRANTED**.

**SO ORDERED.**


Date:   November 28, 2007               _____/s/_____
                                        ROSEMARY M. COLLYER
                                        United States District Judge