UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID KELLER,

     Plaintiff,

    v.                           Civil Action No. 06-0816 (RMC)

EMBASSY OF THE UNITED STATES
OF AMERICA at BERLIN GERMANY
et.al.

## MOTION TO COMPEL DISCOVERY, REQUEST FOR SANCTIONS AND MODIFY COURT ORDER DATED 11-28-07.

  COMES NOW, Plaintiff David Keller (hereinafter Plaintiff), by and through undersigned counsel, Allen Wilson, and pursuant to SCR-Civil 37, respectfully Request this Honorable Court to compel the US Embassy, Berlin (hereinafter Defendant) to provide discovery responses served in connection with the above-captioned matter and further sanction Defendant for her knowing and willful failure to comply with the rules of discovery. In support thereof, Plaintiff states the following:

    1. Plaintiff, a retired Army Veteran filled a claim against Defendant for Wrongfully Termination, (Breach of a written contract and violation of Due process), when Plaintiff was terminated without notice, or a hearing from a position as a contract janitor. An initial conference was held on 6-22-07 before the Honorable Rosemary Collyer at which time a scheduling order was issued to the parties outlining Discovery.

    2. On or about 9-24-07, Plaintiff, by and through undersigned counsel, Served Interrogatories and Requests for production of Documents on defendant , by and through their Attorney of record, Heather Graham-Oliver, 555 4th St., NW Washington, DC, 20530. **Exhibit A.(1,2 and 3)**

    3. Pursuant to the Superior Court Rules regarding discovery, defendant's answers to Interrogatories and Request for Documents were due on or before 10-25-07 (30 days after service)

    4. Plaintiff gave Defendant's counsel a second copy of the Interrogatories and the Request for Documents at the Status Hearing on 10-22-07. Plaintiff reminded her that They were due on 10-25-07. Defendant has refused to provide any discovery.

    5. Plaintiff requested the name of the State Department official to serve all defendants in their individual capacity at the Status Hearing and Judge, Collyer ordered Defendant to provide Plaintiff with this name of the State Department official. Defendant refused to provide the name in a timely manner therefore, the court made its ruling on

11-28-07. Defendant provided the name of the State Department official 5 days before the court Order. Therefore, Plaintiff was unable to serve the Defendant's in their individual capacity before the courts order on 11-28-07. **Exhibits B (1,2, and 3)**

6. As of the date of this Motion, Defendant's counsel has provided no Discovery responses.

7. Defendant's knowing and willful failure to provide any responses in connection with the above-captioned matter has substantially prejudiced the. Plaintiff. A. Plaintiff was prevented from filing his claims against the Defendant's In their individual capacity. B The responses to the Interrogatories and Request For Documents may have raised other issues for Plaintiff .C Plaintiff has a signed contract as a janitor and was never hired as a doorman and this would have been confirmed through discovery.

Defendant dilatory tactics (e.g., refusing to return calls, refusing To participate in the courts scheduling order, refusing to give state department official name in a timely manner and refusing to respond to discovery) has jeopardized Plaintiff 's ability to request supplemental discovery in light of the 12-30-07 discovery deadline.
Plaintiff is now forced to ask this Honorable Court to modify the order Issued on 11-28-07 and to extend discovery and dispostive motion deadlines based on Defendant's failure to provide discovery responses.

WHEREFORE, for the foregoing reasons, Plaintiff, David Keller, respectfully Request this Honorable Court to compel Defendant to respond to the discovery, And sanction the Defendant for her knowing and willful failure to comply with the Superior Court Rules regarding discovery.
Plaintiff has been substantially prejudice by Defendant's refusal to comply with The discovery rules and request this Honorable Court to modify the Order dated 11-28-07.

Date 12-6-07

Respectfully Submitted

*Allen Wilson*

Allen Wilson, Esquire
1629 K Street, NW
Suite 300
Washington, DC 20006
202 508 3794
202 331 3759:F