## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KELLER<br>Berliner Street, 28<br>14169 Berlin, Germany<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Condelezza Rice, Secretary of State,<br>United States Department of State;<br><br>and<br><br>James Shaun Handy, Janitorial<br>Department Leader, United States<br>Department of State, Berlin, Germany;<br><br>and<br><br>Ambassador William Robert Timken,<br>United States Department of State<br>Berlin Germany;<br><br>and<br><br>James Onusko, Director of Personnel<br>Security, Suitability Bureau of the<br>Diplomatic Security, United States<br>Department of State, Washington, DC;<br><br>and<br><br>Lieutenant General Keith Alexander,<br>The National Security Agency;<br><br>　　　　Defendants. | CIVIL ACTION<br><br>COMPLAINT<br><br>JURY TRIAL DEMANDED<br><br>Case No. 1:06-CV-00816<br><br>Judge: Rosemary M. Collyer<br><br>Deck Type: Employment Discrimination<br><br>Date Stamp: 05/02/2006 |

### PLAINTIFF'S INTERROGATORIES

To:   James Onusko
　　　Director of Personnel Security
　　　Suitability Bureau of the Diplomatic Security

United States Department of State
Washington, DC
c/o Heather D. Graham-Oliver, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530

From: David Keller, Plaintiff

## INTRODUCTION

You are requested to answer the following Interrogatories — Rule 33, and they should be completed and returned by mail or facsimile transmission to the Office of Allen Wilson, Esq., 1629 K Street, NW, #300, Washington, DC 20006 within 30 days.

(a)     These discovery requests are continuing in nature, so as to require the filing of supplemental responses if you obtain further or different information before trial.

(b)     Where the name or identity of a person is requested, please state the full name, home address, business address and telephone numbers as to each.

(c)     Unless otherwise indicated, these discovery requests refer to the time, place and circumstances, the occurrence complained of in the pleadings.

(d)     Where knowledge or information in possession of a party is requested, such request includes the knowledge of the party's agents, representatives and, unless privileged, his attorneys.

(e)     The pronoun "you" refers to the party to whom these discovery requests are addressed, and the persons mentioned above.

## INTERROGATORIES

1.     State your name, title, job duties, and the number of years you have worked for the State Department in your current job.

2

2. State the name, telephone number, and relationship to you of each person who prepared or assisted in the preparation of the responses to these interrogatories.

3. Please state whether you have ever been a party to any lawsuit (official capacity) in any jurisdiction over the past 10 years, whether in an individual or official capacity, for each such lawsuit, please identify the jurisdiction, the parties, the nature, the case, and the disposition.

4. Was Plaintiff entitled to a meaningful opportunity to contest allegations by the Embassy to revoke his security clearance?

5. Did Plaintiff have the right to a hearing to refute the charges against him, and to clear his name?

6. Are the Embassy's allegations against Plaintiff in his personnel file at the security agency? Did Plaintiff have an opportunity to contest these allegations?

7. Were you aware that Plaintiff was never identified stealing meat? (No one saw his face stealing meat and there was no video of his stealing meat). (b) Were you aware that they saw a black man?

8. Did you offer Plaintiff a hearing to clear his name and reinstate his clearance? If not, state reason.

Respectfully submitted,

Date: 9-24-07

Allen Wilson, Esq.
1629 K Street, NW, Suite 300
Washington, DC 20006
202-508-3794 - 202-331-3759 – fax
DC Bar #479284

3

respond to each request to the extent possible. Specify that portion of each request you claim you were unable to respond to fully and support your contention that you are unable to respond to each such request fully and completely. State what information, knowledge or belief you have concerning the unanswered portion of such request and state fully, completely and in detail the acts done and inquiries made by you to show that you have exercised due diligence to make inquiry and secure the material necessary to respond to the request.

(e) The term "document" as used herein is intended to be comprehensive and to include any written, recorded or graphic matter, however produced. The term also includes the information which is stored or carried electronically (by means of computer equipment or otherwise) and which can be retrieved in printed, audio or graphic form.

## DOCUMENTS REQUESTED

1. Provide a complete copy of Plaintiff's security file.

2. Provide a written or video copy of the information you received from the Berlin embassy that you used to decide to termination Plaintiff's top-secret clearance.

3. Provide a copy of the regulation that you used to make the decision to terminate Plaintiff's top-secret clearance.

4. Provide copies of any information in Plaintiff's file. This is information gathered from the Embassy on stealing meat.

5. Provide a copy of the requirements for a hearing to reinstate Plaintiff's top-secret clearance.

6. Provide a copy of Plaintiff's (requirements) for the top-secret clearance on June 13, 2003 for the position of a Part-time/Intermediate/Temporary (PT) janitor.

3

7. Provide a copy of the top-secret clearance for Plaintiff to perform the duties of a doorman at the Berlin Embassy?

8. Provide a copy of the standard for Plaintiff get his top secret clearance reinstated if he obtains another government position? Will the alleged charge of stealing meat at the Berlin Embassy prevent reinstatement?

9. Provide a list of your witnesses, expert witnesses, and exhibits you plan to present.

Respectfully submitted,

Date: 9-24-07

Allen Wilson, Esq.
1629 K Street, NW, Suite 300
Washington, DC 20006
202-508-3794 - 202-331-3759 – fax
DC Bar #479284

4