## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DAVID KELLER )
Berliner Street, 28 )
14169 Berlin, Germany )
)
      Plaintiff, )
)
      v. ) CIVIL ACTION
)
Condelezza Rice, Secretary of State, ) COMPLAINT
United States Department of State; )
) JURY TRIAL DEMANDED
and )
) Case No. 1:06-CV-00816
James Shaun Handy, Janitorial )
Department Leader, United States ) Judge: Rosemary M. Collyer
Department of State, Berlin, Germany; )
) Deck Type: Employment Discrimination
)
and ) Date Stamp: 05/02/2006
)
Ambassador William Robert Timken, )
United States Department of State )
Berlin Germany; )
)
and )
)
James Onusko, Director of Personnel )
Security, Suitability Bureau of the )
Diplomatic Security, United States )
Department of State, Washington, DC; )
)
and )
)
Lieutenant General Keith Alexander, )
The National Security Agency; )
)
      Defendants. )

### PLAINTIFF'S INTERROGATORIES

To:    James Shaun Handy
        Janitorial Department Leader
        United States Department of State

Berlin, Germany
c/o Heather D. Graham-Oliver, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530

From: David Keller, Plaintiff

## INTRODUCTION

You are requested to answer the following Interrogatories — Rule 33, and they should be completed and returned by mail or facsimile transmission to the Office of Allen Wilson, Esq., 1629 K Street, NW, #300, Washington, DC 20006 within 30 days.

(a) These discovery requests are continuing in nature, so as to require the filing of supplemental responses if you obtain further or different information before trial.

(b) Where the name or identity of a person is requested, please state the full name, home address, business address and telephone numbers as to each.

(c) Unless otherwise indicated, these discovery requests refer to the time, place and circumstances, the occurrence complained of in the pleadings.

(d) Where knowledge or information in possession of a party is requested, such request includes the knowledge of the party's agents, representatives and, unless privileged, his attorneys.

(e) The pronoun "you" refers to the party to whom these discovery requests are addressed, and the persons mentioned above.

## INTERROGATORIES

1. State your name, home address, telephone number, date of birth, and social security number.

2. State the name and address of each school or other academic institution you have attended, the grade level you completed, the degree, if any, received.

3. Are you a janitor/custodian at the British Embassy? What are your job duties as a janitor? How long have you been employed at the Embassy as a janitor?

4. Was Plaintiff hired as a janitor? What was Plaintiff's duties as a janitor? Did Plaintiff's duties change since he was first hired?

5. Did Plaintiff work with you or for you as a janitor?

6. Were you aware that Plaintiff's pay was changed from Dollars to Euros on October 19, 2003? Did this change his job duties as a janitor on that date?

7. Were you told that Plaintiff was hired as a doorman instead of a janitor on October 19, 2003? Did his job duties change at that time? Did he continue to work with you as a janitor?

8. Did Plaintiff file a complaint in 2003 to Tom Moore, your supervisor, that you were consistently late for work? Were you disciplined or reprimanded?

9. Were you aware that Plaintiff was terminated on March 8, 2004? Were you aware that the stated reason for the termination was that his position had been phased out?

10. Did the State Department use want ads (for his position as janitor) to advertise his position only days later?

11. Were you aware that Plaintiff was terminated for stolen meat that was in the refrigerator he shared with you? Were you aware that stolen meat was in the refrigerator that you shared with Plaintiff?

12. Were you asked to open the refrigerator by Gail Cooper and Rodney Usakowski, on February 20, 2004? Describe what was found in the refrigerator on February 20, 2004.

13. Were you aware that the meat was in the refrigerator before being informed by CSA employees that it was stolen meat?

14. Did you make an oral or written report of the (incident) opening of the refrigerator to the Embassy or RSO?

15. Are you aware that Plaintiff complained to the Embassy and your supervisors that you used your position as a team leader to harass Plaintiff because of his race? Did you ask Plaintiff why he was still living in Germany being that he is black? Did you state to Plaintiff that you unhappy about the fact that Plaintiff is married to a (Caucasian) German woman?

16. Was Plaintiff's position filed by a Caucasian? Who was that person (give name, qualification, US or German citizen).

17. Did Joachim Steffnhagen (one of your supervisors) explain that Plaintiff had complained about your racist behavior? Did your supervisor explain that your behavior must change?

18. Did you open the refrigerator at the request of a CSA employee? (b) Did you open the refrigerator at the request of an Embassy supervisor?

19. Did you make a report in writing to the Embassy when the request was made to open the refrigerator by CSA employees (to discover stolen meat)?

20. Did Plaintiff file a complaint against you for being late to work with your supervisor (Tom Moore)? Were you reprimanded for this action? Did you promise to get even with Plaintiff for making this complaint?

21. Did you show Plaintiff a video in January 2004 of a black man being beat up by the German police? Did you state to him that this is going to happen to you nigger?

Respectfully submitted,

Date: 9-24-07

*Allen Wilson*
Allen Wilson, Esq.

4

respond to each request to the extent possible. Specify that portion of each request you claim you were unable to respond to fully and support your contention that you are unable to respond to each such request fully and completely. State what information, knowledge or belief you have concerning the unanswered portion of such request and state fully, completely and in detail the acts done and inquiries made by you to show that you have exercised due diligence to make inquiry and secure the material necessary to respond to the request.

(e)     The term "document" as used herein is intended to be comprehensive and to include any written, recorded or graphic matter, however produced. The term also includes the information which is stored or carried electronically (by means of computer equipment or otherwise) and which can be retrieved in printed, audio or graphic form.

## DOCUMENTS REQUESTED

1. Please provide a copy of any written report that you gave to the embassy concerning the stolen meat.

2. Provide a copy of the written report you gave the Embassy as a result of opening the refrigerator on February 20, 2004 for Cooper and Usakowski.

3. Provide a copy of your top-secret clearance.

4. Provide a copy of the report that you filed with Joachim Steffinhagen concerning the racial harassment against Plaintiff.

Respectfully submitted,

Date: 9-24-07

Allen Wilson, Esq.
1629 K Street, NW, Suite 300
Washington, DC 20006
202-508-3794 -202-331-3759 – fax
DC Bar #479284

3