*Exhibit B #2*

Subj:   Re: Keller
Date:   11/17/2007 7:32:55 A.M. Pacific Standard Time
From:   Wilsonallen3
To:     Heather.Graham-Oliver@usdoj.gov

To: Attorney Oliver          11-17-07
From: Allen Wilson

Re: Keller v State Department
Case No 1:06 CV 00816
Re:  Rule No:172 and 172.2

The judge instructed you to provide the Plaintiff with the name of the person to be served!
Please provide the NAME of the person (Officer) in the Executive Office, in the Office of the legal adviser (L/EX) that we will serve.

---

See what's new at AOL.com and Make AOL Your Homepage.

Friday, December 07, 2007 America Online: Wilsonallen3