Exhibit B #3

Subj: Keller
Date: 11/20/2007 11:49:05 A.M. Pacific Standard Time
From: Heather.Graham-Oliver@usdoj.gov
To: wilsonallen3@aol.com

The name is: Christopher Riche, Executive Director, Office of the Legal Adviser (L/EX).