UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KELLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0816 (RMC) |
| | ) |
| EMBASSY OF THE UNITED STATES | ) |
| OF AMERICA at BERLIN, GERMANY, | ) |
| et. al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND FOR EXTENSION OF THE DISCOVERY DEADLINE.**

Defendant, Department of State, by and through its undersigned attorneys, hereby respectfully requests an extension of time for discovery and for the opposition to Plaintiff's Motion to Compel. Defendant seeks to extend as follows:

| Submission | Proposed Date |
|---|---|
| Discovery cut-off deadline | February 28, 2008 |
| Opposition to Motion to Compel | January 7, 2008 |

Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) but has not responded prior to the filing of this motion.[1]  However, the Plaintiff in his Motion to Compel also recognizes the need for an extension in this case- he states that "Plaintiff is now forced to ask this Honorable Court to modify the order issued on November 28, 2007 and to extend discovery and dispositive motion deadlines. . . ." Motion at p. 2.

---

[1] Due to undersigned counsel's litigation schedule a telephone call was made to Plaintiff's counsel's law office and an e-mail sent to counsel after the close of business on December 20, 2008.

On November 28, 2007, this Court granted the Defendant's partial motion to dismiss. As a result, the only issue left in the case is the Plaintiff's Fifth Amendment claim and request for injunctive relief. See Memorandum Opinion, PACER DKT. # 28. Discovery has not proceeded as usual because the Defendant's Partial Motion for Summary Judgment has been pending and the scope of discovery would depend upon the issues that remained. Title VII is no longer an issue.

In spite of this, Defendant has told Plaintiff that it will respond to his existing written discovery requests on January 4, 2008. However, Defendant needs additional time to serve written discovery on the Plaintiff and to conduct his deposition. Plaintiff did not consult with Defendant before filing the motion to compel; however, Defendant believes that the Motion will be moot after the responses are served on January 4, 2008.

The additional time is also being requested because defense counsel has had other litigation responsibilities in the interim including the following: Reply in Winston v. Samper, Civ. Act No. 07-1411(RWR) filed on Dec. 20, 2008; Motion for Summary Judgment in Daniels v. Bruce James, Civ. act. No. 05-2455 (GK); Appellate brief in Kaufman v. Gonzales, District of Columbia, Circuit Court Case No. 06-5259; preparing witnesses and defending depositions in Esquibel v. Cino, Civ. Act. No. 06-1485 (PLF) and Hawkins v. Gonzales, Civ. Act. No. 07-0010 (CKK); preparing for mediation in Legnini v. USA, Civ. Act. No. 06-0012 (RJL); and settlement negotiations in Bailey v. U.S. Postal Service, Civ. Act. No. 98-2224 (HHK).

Accordingly, defendant is requesting an extension until January 7, 2008, for the Response to Plaintiff's Motion to Compel. Thereafter, discovery shall be completed no later than February 28, 2008.

This request is not for purposes of delay, but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334