UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KELLER, )<br>)<br>    Plaintiff, )<br>)<br>v. ) Civil Action No. 06-0816 (RMC)<br>)<br>EMBASSY OF THE UNITED STATES )<br>OF AMERICA at BERLIN, GERMANY, )<br>et. al. )<br>)<br>    Defendants. )<br>)<br>_____ ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL.**

Defendant, Department of State, by and through its undersigned attorneys, hereby respectfully requests an additional 2 day extension of time to file its opposition to Plaintiff's Motion to Compel currently due on January 7, 2008. Defendant seeks to extend as follows:

| Submission | Proposed Date |
|---|---|
| Opposition to Motion to Compel | January 9, 2008 |

Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) but has not responded prior to the filing of this motion.

On November 28, 2007, this Court granted the Defendant's partial motion to dismiss. As a result, the only issue left in the case is the Plaintiff's Fifth Amendment claim and request for injunctive relief. See Memorandum Opinion, PACER DKT. # 28. Discovery has not proceeded as usual because the Defendant's Partial Motion for Summary Judgment has been pending and the scope of discovery would depend upon the issues that remained. Title VII discrimination is no longer an issue.

In spite of this, Defendant will respond to all of Plaintiff's existing written discovery requests but has not been able to do so as of today's date.  Defendant intends to serve the answers to the discovery requests on January 8, 2008.  Plaintiff did not consult with Defendant before filing the motion to compel; however, Defendant believes that the Motion will be moot after the responses are served.

The additional time is also being requested because defense counsel has had other litigation responsibilities in the interim including the following: the preparation and deposition of the Plaintiff in <u>Brown v. USA</u>, Civ. Act. No. 05-2309 (JMF) on December 28, 2007; preparation of defendant's interrogatories and request for the production of documents in <u>Hawkins v. Gonzales,</u> Civ. Act. No. 07-0010 (CKK); interviewing witnesses and responding to plaintiff's interrogatories and requests for production of documents in <u>Hawkins</u>; research, drafting motion filed on January 4, 2008 and conferring with opposing counsel concerning a Joint Scheduling Order in <u>Hawkins</u>, also filed on January 4, 2008.  Preparing for January 8, 2008, oral argument in the Court of Appeals in <u>Kaufman v. Gonzales</u>, District of Columbia, Circuit Court Case No. 06-5259.  Preparing a motion for protective order in <u>Hawkins,</u> to be filed on January 8, 2008.  Accordingly, defendant is requesting an extension until January 9, 2008, for the Response to Plaintiff's Motion to Compel.

This request is not for purposes of delay, but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334