

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

October 11, 2007

Mr. Allen Wilson, Esq.
ALLEN WILSON & Associates, PLLC
1629 K Street, NW
Suite 300
Washington, DC 20006

                                        RE: <u>David Keller v. Embassy of the USA</u>,
                                                  Civ. Act. No. 06-0816 (RMC)

Dear Mr. Wilson:

       On October 11, 2007, I received correspondence from you sent via U.S. mail.  Enclosed in the envelope were two sheets of paper.  A cover letter dated October 2, 2007 and one other sheet with 11 questions.  The questions begin at the top of the page with number 2, instead of number 1, and the page number at the bottom of the second sheet is p. 3.  It appears as if there may be something missing, so please advise whether you intended to send something different.  I have not received anything from you that was sent electronically.

       It would be much easier if you sent the questions by e-mail.  My e-mail address is heather.graham-oliver@usdoj.gov.

                                                   Very truly yours,

                                                   JEFFREY A. TAYLOR,
                                                   United States Attorney

                        By:     _____
                                 HEATHER D. GRAHAM-OLIVER
                                 Assistant U. S. Attorney