UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KELLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMBASSY OF THE UNITED STATES )<br>OF AMERICA at BERLIN, GERMANY, )<br>et. al. )<br>)<br>Defendants. )<br>)<br>_____ ) | Civil Action No. 06-0816 (RMC)<br>Status: March 28, 2008 at 10:15 a.m. |

**STATUS REPORT**

Pursuant to the Court's Order of January 10, 2008, the defendant[1] files this status report in the aforementioned matter. This matter is still in mediation. There have been two previous sessions. The next mediation session is scheduled, before Magistrate Judge Kay, for March 25, 2008, at 3:00 p.m.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, ESQ.
D.C. Bar # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

---

[1] Counsel for defendant made attempts to contact counsel for plaintiff to file this report jointly, however, plaintiff's counsel was not able to be reached by the time of this filing.

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530
 Tel: (202) 305-1334

Attorneys for Defendant;

and


_____
Allen C. Wilson, Esq.
LAW FIRM OF ALLEN WILSON
AND ASSOCIATES, PLLC

1629 K Street, N.W.
Suite 300
Washington, DC 20006
(202) 508-3794

Attorney for the Plaintiff

2