UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID KELLER,
        Plaintiff,
   v.

EMBASSY OF THE UNITED STATES OF AMERICA, *et al.*,
        Defendants.

Civil Action No. 06-816 (RMC/AK)

## **ORDER**

The parties having been referred to the Undersigned for mediation and having consented to this case being referred to the Office of Circuit Executive for appointment of a neutral, it is hereby this 5th day of May, 2008,

ORDERED that the neutral may assist the parties in negotiating and/or effectuating a settlement which will encompass a brief evidentiary hearing, by acting as a "law officer" presiding at the hearing.

                                            _____/s/_____
                                            Alan Kay
                                            United States Magistrate Judge